MHN

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Ahmed Afify v. Keith Nygren

**08CV2062**
**JUDGE HART**
**MAG. JUDGE ASHMAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ahmed Afify, Petitioner

| | |
|---|---|
| NAME (Type or print) James C. Ten Broeck Jr. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ [signature] | |
| FIRM Ten Broeck Law Offices | FILED |
| STREET ADDRESS 3117 W. Lawrence Ave. | APR 11 2008 |
| CITY/STATE/ZIP Chicago, Illinois | MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6209096, Illinois | TELEPHONE NUMBER 773-463-1229 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐   N/A | |