IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
APR 11 2008  NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| AHMED AFIFY, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>KEITH NYGREN, McHenry County )<br>Sheriff, )<br>)<br>Respondent. ) | Case No. 08 C 2062<br><br>Judge Hart |

### EMERGENCY MOTION FOR GRANT OF
### WRIT OF *HABEAS CORPUS* OR ORDER TO SHOW CAUSE

Petitioner, **AHMED AFIFY**, by and through counsel, **JAMES C. TEN BROECK JR.**, hereby moves this Court to grant the writ of *habeas corpus* or, alternatively, issue an order to show cause upon the Respondent and, in support thereof, states as follows:

1. The Petitioner, an Egyptian national, is detained at the McHenry County Jail, located in Woodstock, Illinois, and has been detained there since October 9, 2008, for 182 days, under the apparent authority of the Department of Homeland Security ("DHS"), United States Immigration and Customs Enforcement, Deportation Branch (hereinafter "USICE").

2. The allegations contained in Petitioner's *habeas corpus* petition, filed contemporaneously herewith, are hereby incorporated herein. The essential allegation, however, is that the Petitioner prevailed in his removal proceedings and the DHS, USICE does not have any authority to continue to detain the Petitioner.

3. The provisions of the Habeas Corpus Act, and 28 U.S.C. §2243 in particular, requires that this Court either grant the writ forthwith, or require the Respondent to show cause,

within three (3) days, or for an additional time not to exceed twenty days for good cause shown, concerning why the Petitioner is being detained. Thereafter, "a day shall be set for hearing, not more than five days after the return unless for good cause additional time is allowed." *Id.*

4. The Petitioner has been detained 79 days beyond the date that the Immigration Court granted him relief and terminated his case. He has been separated from his family over six (6) months from the commencement of proceedings. It would be unjust and unfair to delay any longer a decision on Petitioner's unlawful detention.

**WHEREFORE**, the Petitioner prays that this Court grant the following relief, as expediently as possible, pursuant to Petitioner's *habeas* petition:

A. grant the writ of *habeas corpus* upon the Respondent, KEITH NYGREN, the Sheriff of McHenry County, Illinois, directing him to release the Petitioner forthwith;

B. alternatively, issue an order to show cause requiring the Respondent, within three (3) days, to certify the true cause of detention and, thereafter, within five (5) days, set the matter down for hearing; and

C. for any other further relief this Court deems just and reasonable.

Dated: Chicago, Illinois
April 10, 2008

_____
JAMES C. TEN BROECK JR.
*Attorney for Petitioner*
AHMED AFIFY

**JAMES C. TEN BROECK JR.**
Chicago Immigration Advocates
3117 W. Lawrence Ave.
Chicago, Illinois 60625
(773) 463-1601
No. 6209096

2