IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AHMED AFIFY, )
       Petitioner, )
   vs. ) Case No. 08 C 2062
KEITH NYGREN, McHenry County )
Sheriff, ) Judge Hart
       Respondent. )

FILED APR 1 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO:   Keith Nygren                     Sheila McNulty, AUSA
        McHenry County Sheriff         219 S. Dearborn
        2200 N. Seminary Ave.         Chicago IL 60604
        Woodstock, Illinois 60098

PLEASE TAKE NOTICE that at 11:00 a.m. on the 16th day of April, 2008, the attached **Motion For Grant of Writ of Habeas Corpus or Order to Show Cause** shall be presented before the Honorable Judge HART_____, in Room 2243, in the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois 60604, a copy of which is hereby served upon you.

_____
JAMES C. TEN BROECK, JR.
*Attorney for Petitioner*

## PROOF OF SERVICE

I, James C. Ten Broeck Jr. an attorney, certify I caused service of this notice, along with the above mentioned documents, by hand delivery by special process server at the office of the McHenry County Sheriff at or before 4:00 p.m. on April 14, 2008, by leaving it with a clerk or other person in charge, and by hand delivery to the office of U.S. Attorney at the above address on April 11, 2008 at or before 12:70 p.m.

_____

Y:\My Documents\1 LEGAL\Afify, Ahmed\Habeas\Nt Emergency Motion.wpd