State of Illinois

US District Court of IL/Northern District
Docket No. 08 C 2062

County of McHenry

### AFFIDAVIT OF SERVICE

**JAMES A. COBB** deposes and says that he is a registered employee of **HRODEY & ASSOCIATES**, a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and is therefore authorized, pursuant to the provisions of Chapter 735, "Code of Civil Procedure", Section 5/2-202, Illinois Compiled Statues, to serve process in the above cause, and that the defendant was served in the following manner:

On Monday, April 14, 2008 at 11:06 AM by leaving a true and correct copy of the attached Notice of Motion and Petition with COUNTY OF MCHENRY as shown below:

SERVED the within named **COUNTY OF MCHENRY** by delivering a true copy of the Notice of Motion and Petition to **Katherine C. Schultz, County Clerk,** a person authorized to accept service of process as agent.

Said service was effected at **667 Ware Road,, Woodstock, IL 60098**.

DESCRIPTION of Person Served: Date of Birth: 10/5/1941; Sex: Female; Race/Skin Color: White;

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

APR 1 4 2008
Dated

James A. Cobb

State of Illinois License 115-00783/Wisconsin 8045          Agency Certificate 117-00516/Wisconsin 15014