State of Illinois

                                        US Distict Court of IL/Northern District
                                                        Docket No. 08 C 2062

County of McHenry

### AFFIDAVIT OF SERVICE

**JAMES A. COBB** deposes and says that is a registered employee of **HRODEY & ASSOCIATES**, a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and is therefore authorized, pursuant to the provisions of Chapter 735, "Code of Civil Procedure", Section 5/2-202, Illinois Compiled Statues, to serve process in the above cause, and that the defendant was served in the following manner:

On **April 14, 2008 at 11:14 AM** by serving a true and correct copy of the attached Notice of Motion and Petition on **Keith Nygren** as shown below:

**Service** was made by leaving a true and correct copy of this **Notice of Motion and Petition** at the usual place of business of Keith Nygren with a person employed therein, to wit: **Ellen Kalinowski**, secretary to Sheriff Nygren/authorized agent, a person of the age of 13 years or upwards, who was informed of the contents thereof.

Said service was effected at **2200 N. Seminary Avenue, Woodstock, IL 60098**.

**DESCRIPTION of Person Served:** Female/White, 55 (?) yrs.,

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

APR 1 4 2008

_____                              _____
      Dated                                                            James A. Cobb