# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | WILLIAM T. HART | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2062 | **DATE** | MAY 14 , 2008 |
| **CASE TITLE** | | **AHMED AFIFY v. KEITH NYGREN** | |

**DOCKET ENTRY TEXT**

The Clerk of the Court is directed to enter judgment in favor of respondent and against petitioner denying the petition for writ of habeas corpus.

■ [For further detail see attached Opinion and Order.]

Notices (2) mailed by Judicial staff.
*Mail AO 450 form.

| | | Courtroom Deputy | CW |
|---|---|---|---|

