# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Ahmed Afify | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 2062 |
| Keith Nygren | |

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of respondent Keith Nygren and against petitioner Ahmed Afify denying the petition for writ of habeas corpus.

Michael W. Dobbins, Clerk of Court

Date: 5/14/2008

/s/ Carol Wing, Deputy Clerk