IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAY 2 2 2008 NF
MAY 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| AHMED AFIFY ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> ) <br> KEITH NYGREN, McHenry County ) <br> Sheriff, ) <br> ) <br> Respondent. ) | **Notice of Appeal** from <br> U.S. District Court for the Northern <br> District of Illinois, Eastern Division <br> File Number: 1:08-cv-02062 <br><br> William HART |

Notice is hereby given that Petitioner AHMED AFIFY hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment in favor of respondent denying the Petition for Writ of Habeas Corpus entered by the above mentioned District Court on the 14th day of May, 2008.

_____
JAMES C. TEN BROECK, JR.
Attorney for Petitioner
3117 W. Lawrence Ave.
Chicago, Illinois 60625
(773) 463-1601

Dated: Chicago, Illinois
May 22, 2008

PAID
RECEIPT #
MAY 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAMES C. TEN BROECK JR.
3117 W. Lawrence Ave.
Chicago, Illinois 60625
(773) 463-1601
No. 6209096