

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

312-435-5670

June 16, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Ahmed Afify vs. Keith Nygren

U.S.D.C. DOCKET NO. : 08cv2062

U.S.C.A. DOCKET NO. : 08-2284

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)     **One Vol. Of Pleadings**

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
A. Rone, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:
   One Vol. Of Pleadings

In the cause entitled: Ahmed Afify vs. Keith Nygren.

USDC NO.   : 08cv2062

USCA NO.   : 08-2284

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 16th day of June, 2008.

        MICHAEL W. DOBBINS, CLERK

        By: _____
            A. Rone, Deputy Clerk

APPEAL, ASHMAN, HABEAS, TERMED

# United States District Court
## Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08-cv-02062
### *Internal Use Only*

Afify v. Nygren  
Assigned to: Honorable William T. Hart  
Case in other court: 08-02284  
Cause: 28:2241 Petition for Writ of Habeas Corpus

Date Filed: 04/11/2008  
Date Terminated: 05/14/2008  
Jury Demand: None  
Nature of Suit: 460 Deportation  
Jurisdiction: U.S. Government Defendant

**Petitioner**

Ahmed Afify　　　　　　　　　　　represented by　James Charles Ten Broeck, Jr.  
　　　　　　　　　　　　　　　　　　　　　　　Law Offices of James C. TenBroeck, Jr.  
　　　　　　　　　　　　　　　　　　　　　　　3117 W. Lawrence Avenue  
　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60625  
　　　　　　　　　　　　　　　　　　　　　　　(773)463-1601  
　　　　　　　　　　　　　　　　　　　　　　　Email: jtenbroeck@tblaw.us  
　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*  
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Respondent**

Keith Nygren　　　　　　　　　　　represented by　Sheila McNulty  
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney's Office (NDIL)  
　　　　　　　　　　　　　　　　　　　　　　　219 South Dearborn Street  
　　　　　　　　　　　　　　　　　　　　　　　Suite 500  
　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60604  
　　　　　　　　　　　　　　　　　　　　　　　(312) 353-5300  
　　　　　　　　　　　　　　　　　　　　　　　Email: sheila.mcnulty@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*  
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/11/2008 | 1 | 4 | PETITION for writ of habeas corpus filed by Ahmed Afify against Keith Nygren Filing fee $ 5.(gcy, ) (Entered: 04/14/2008) |
| 04/11/2008 | 2 | 9 | CIVIL Cover Sheet. (gcy, ) (Entered: 04/14/2008) |
| 04/11/2008 | 3 | | ATTORNEY Appearance for Plaintiff Ahmed Afify by James Charles Ten Broeck, Jr (gcy, ) (Entered: 04/14/2008) |
| 04/11/2008 | 4 | | (Court only) RECEIPT regarding payment of filing fee paid on 4/11/2008 in the amount of $5.00, receipt number 4624000715 (gcy, ) (Entered: 04/14/2008) |

| Date | # | Doc | Description |
|---|---|---|---|
| 04/11/2008 | 5 | 10 | EMERGENCY MOTION by Petitioner Ahmed Afify for grant of writ of habeas corpus or order to show cause. (gcy, ) Modified on 4/14/2008 (gcy, ). (Entered: 04/14/2008) |
| 04/11/2008 | 6 | | NOTICE of Motion by James Charles Ten Broeck, Jr for presentment of plaintiff's motion for writ of habeas corpus or for order to show cause 5 before Honorable William T. Hart on 4/16/2008 at 11:00 AM. (gcy, ) (Entered: 04/14/2008) |
| 04/15/2008 | 7 | 12 | AFFIDAVIT of Service filed by Petitioner Ahmed Afify regarding Petition for Habeas Corpus served on County Clerk, McHenry County on April 14, 2008 (Ten Broeck, James) (Entered: 04/15/2008) |
| 04/15/2008 | 8 | 13 | AFFIDAVIT of Service filed by Petitioner Ahmed Afify regarding Petition, Motion, Notice of Motion served on Sheriff of McHenry County on April 14, 2008 (Ten Broeck, James) (Entered: 04/15/2008) |
| 04/16/2008 | 9 | 14 | MINUTE entry before Judge Honorable William T. Hart:Motion hearing held. Petitioner's emergency motion for grant of writ of habeas corpus or order to show cause 5 is denied. Respondent is given to 4/23/2008 to answer the petition for habeas corpus. Status hearing set for 5/1/2008 at 11:00 AM. Mailed notice (clw, ) (Entered: 04/17/2008) |
| 04/18/2008 | 10 | 15 | DESIGNATION of Sheila McNulty as U.S. Attorney for Respondent Keith Nygren (McNulty, Sheila) (Entered: 04/18/2008) |
| 04/23/2008 | 11 | 16 | RESPONSE by Respondent Keith Nygren *Respondent's Return to the Petition for Writ of Habeas Corpus* (Attachments: # 1 Exhibit Governement Exhibits)(McNulty, Sheila) (Entered: 04/23/2008) |
| 04/30/2008 | 12 | 45 | RESPONSE by Petitioner Ahmed Afify *to Government's Return* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ten Broeck, James) (Entered: 04/30/2008) |
| 05/01/2008 | 13 | | MINUTE entry before Judge Honorable William T. Hart:Status hearing held on 5/1/2008. Respondent's reply is due by 5/8/2008. Mailed notice (clw, ) (Entered: 05/01/2008) |
| 05/05/2008 | 14 | 68 | REPLY by Respondent Keith Nygren to Response 12 (McNulty, Sheila) (Entered: 05/05/2008) |
| 05/08/2008 | 15 | 74 | Letter to Judge Hart by Ahmed Afify (Attachments: # 1 Exhibit Letter from Mr. Afify)(Ten Broeck, James) (Entered: 05/08/2008) |
| 05/14/2008 | 16 | 77 | MINUTE entry before the Honorable William T. Hart: The Clerk of the Court is directed to enter judgment in favor of respondent and against petitioner denying the petition for writ of habeas corpus. Civil case terminated. Mailed notices (gcy, ) (Entered: 05/16/2008) |

| 05/14/2008 | (17) | 78 | OPINION AND ORDER Signed by the Honorable William T. Hart on 5/14/2008:(gcy, ) (Entered: 05/16/2008) |
| --- | --- | --- | --- |
| 05/14/2008 | (18) | 85 | ENTERED JUDGMENT (gcy, ) (Entered: 05/16/2008) |
| 05/22/2008 | (19) | | NOTICE of appeal by Ahmed Afify regarding orders 17, 16, 18 Filing fee $ 455. (air, ) (Entered: 05/23/2008) |
| 05/23/2008 | 20 | | TRANSMITTED to the 7th Circuit the short record on notice of appeal 19 . Notified counsel (air, ) (Entered: 05/23/2008) |
| 05/23/2008 | 21 | | NOTICE of Appeal Due letter sent to counsel of record. (air, ) (Entered: 05/23/2008) |
| 05/27/2008 | 22 | | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 19 ; USCA Case No. 08-2284. (gcy, ) (Entered: 05/28/2008) |

Key!

All √ items sent with record on appeal in previous appeal #
All Circled items are included in record on appeal
All N/A items are not available
All / items are not sent with record on appeal
All S/C items are sent under separate cover