# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

**CERTIFIED COPY**

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

**FILED**
SEP 0 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

July 9, 2008

*Before*

RICHARD D. CUDAHY, *Circuit Judge*

JOHN L. COFFEY, *Circuit Judge*

JOEL M. FLAUM, *Circuit Judge*

| No.: 08-2284 | AHMED AFIFY,<br>Petitioner - Appellant<br><br>v.<br><br>KEITH NYGREN, McHenry County Sheriff,<br>Respondent - Appellee |
|---|---|

**Originating Case Information**

District Court No: 1:08-cv-02062
Northern District of Illinois, Eastern Division
District Judge William Hart

The following are before the court:

1. **EMERGENCY MOTION FOR BOND**, filed on May 22, 2008, by counsel for the appellant.

2. **MOTION FOR EXPEDITED APPEAL**, filed on May 22, 2008, by counsel for the appellant.

3. **RESPONDENT-APPELLEE'S RESPONSE TO PETITIONER-APPELLANT'S MOTION FOR BOND AND EXPEDITED APPEAL**, filed on May 29, 2008, by counsel for the appellee.

-over-

4.     **PETITIONER'S REPLY TO APPELLEE'S RESPONSE**, filed on June 10, 2008, by counsel for the appellant.

Petitioner was released from immigration detention on May 29, 2008, and so the parties agree that this appeal is moot. Accordingly,

**IT IS ORDERED** that this appeal and the pending motions are **DISMISSED** as moot.

form name: **c7_Order_3J** (form ID: 177)